IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                                       Case No. 3:15-cv-00371

SPECTRUM BRANDS, INC.,
a Delaware corporation,

    Defendant.
_____/

## THE UNITED STATES OF AMERICA'S
## MOTION TO STRIKE OR OTHERWISE LIMIT EXPERT
## TESTIMONY OF ALAN SCHOEM AND JOHN MORRALL

Plaintiff, United States of America (the "United States"), by and through undersigned counsel, hereby submits this *Motion to Strike or Otherwise Limit the Expert Testimony of Alan Schoem and John Morrall*. For the reasons set forth in the Memorandum in Support of this Motion, filed contemporaneously herewith, the United States respectfully requests that this Court enter an Order striking or otherwise limiting the testimony of Mr. Schoem and Dr. Morrall.

| | |
|---|---|
| Dated: June 6, 2016 | Respectfully submitted, |

OF COUNSEL:

MARY T. BOYLE
Acting General Counsel
MELISSA V. HAMPSHIRE
Assistant General Counsel
HARRIET KERWIN
Attorney
Office of the General Counsel
U.S. Consumer Product Safety Commission
Bethesda, MD 20814

JOHN W. VAUDREUIL
United States Attorney

LESLIE K. HERJE
Assistant United States Attorney
Chief, Civil Division

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division

JONATHAN F. OLIN
Deputy Assistant Attorney General

MICHAEL S. BLUME
Director
Consumer Protection Branch

JILL FURMAN
Deputy Director
Consumer Protection Branch

*/s/ Monica C. Groat*
MONICA C. GROAT
Trial Attorney
ALAN J. PHELPS
Senior Litigation Counsel
THOMAS E. ROSS
Trial Attorney
United States Dept. of Justice
Consumer Protection Branch
450 5th Street NW, Rm. 6400
Washington, DC 20001
Tel. (202) 532-4218
Fax (202) 514-8742
Monica.C.Groat@usdoj.gov

# CERTIFICATE OF SERVICE

I, THOMAS E. ROSS, hereby certify that today, June 6, 2016, I served via the CM/ECF system, on all counsel of record, a copy of the *United States of America's Motion to Strike or Otherwise Limit the Expert Testimony of Alan Schoem and John Morrall*.

Dated: June 6, 2016

                Respectfully submitted.

                */s/ Thomas E. Ross*
                THOMAS E. ROSS
                Trial Attorney
                United States Dept. of Justice
                Consumer Protection Branch
                450 5th Street NW, Rm. 6400
                Washington, DC 20001
                Tel. (202) 598-8697
                Fax (202) 514-8742
                Thomas.E.Ross@usdoj.gov