IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                      Plaintiff,                    ORDER

     v.

                                               15-cv-371-wmc

SPECTRUM BRANDS, INC.,

                      Defendant.

---

The court rules as follows on the objections to deposition designations.

### PETER TAUBE

| Government's Designations | Spectrum's Objections | Court Ruling |
|---|---|---|
| 18:23 – 20:6 | 19:22 – 20:6 – Objection – Irrelevant, Lack of personal knowledge | SUSTAINED |
| 29:8 – 30:3 | Objection – mischaracterizes testimony, Lack of Foundation, Lack of personal Knowledge, Speculation | OVERRULED as to 29:8-23, otherwise SUSTAINED |
| 35:9:21 | Objection – Lack of Foundation | OVERRULED |
| 108:17 – 110:7 | Objection - Hearsay | OVERRULED |
| 147:10-24 | 147:10 – 147:20 – Objection – Hearsay, Lack of Foundation, Speculation, Lack of Personal Knowledge | SUSTAINED |

### STUART SLUGH

| Government's Designations | Spectrum's Objections | Court Ruling |
|---|---|---|
| 25:9-25 | 25:9—25:25: Objection, see Spectrum Brand's Motion *in Limine* No. 6, incorporated by reference. | SUSTAINED to the extent calls for legal conclusion; OVERRULED as to the witness's understanding |

| Government's Designations | Spectrum's Objections | Court Ruling |
|---|---|---|
| 50:9 – 51:11 | 50:9-23 – Objection - Irrelevant, lack of personal knowledge | SUSTAINED as to 50:9-14, OVERRULED as to 50:15-23 |
| 57:3 – 59:14 | 59:3-6 Objection - Mischaracterizes testimony | OVERRULED |
| 66:2 – 69:11 | 67:7-23; 68:22 – 69:11 – Objection - Hearsay, lack of foundation, lack of personal knowledge, see Motion in Limine #2 to exclude hearsay evidence contained within consumer incident reports incorporated herein by reference.<br><br>No objection to remainder | OVERRULED except to the truth of the matter asserted |
| 69:12 – 73:5 | 71:15 – 73:5 Objection - Hearsay, lack of foundation, lack of personal knowledge, see Motion in Limine #2 to exclude hearsay evidence contained within consumer incident reports incorporated herein by reference.<br><br>No objection to remainder | OVERRULED except to the truth of the matter asserted |
| 73:17 – 74:21 | 74:20-21 – Objection - Mischaracterizes testimony<br><br>No objection to remainder | OVERRULED except to the truth of the matter asserted |
| 75:21 – 78:8 | 76:25 – 77:17 Objection - Hearsay, lack of foundation, lack of personal knowledge, see Motion in Limine #2 to exclude hearsay evidence contained within consumer incident reports incorporated herein by reference.<br><br>No objection to remainder | OVERRULED except to the truth of the matter asserted |

| Government's Designations | Spectrum's Objections | Court Ruling |
|---|---|---|
| 86:18 – 88:14 | 88:4-14 – Objection - Hearsay, lack of foundation, lack of personal knowledge, see Motion in Limine #2 to exclude hearsay evidence contained within consumer incident reports incorporated herein by reference.<br><br>No objection to remainder | OVERRULED except to the truth of the matter asserted |
| 88:18 – 89:23 | 89:10-23 – Objection - Hearsay, lack of foundation, lack of personal knowledge, see Motion in Limine #2 to exclude hearsay evidence contained within consumer incident reports incorporated herein by reference.<br><br>No objection to remainder | OVERRULED except to the truth of the matter asserted |
| 90:3 – 91:7 | 90:3 – 91:3 Objection - Hearsay, lack of foundation, lack of personal knowledge, see Motion in Limine #2 to exclude hearsay evidence contained within consumer incident reports incorporated herein by reference.<br><br>No objection to remainder | OVERRULED except to the truth of the matter asserted |
| 95:1 – 98:6 | Objection - Hearsay, lack of foundation, lack of personal knowledge, see Motion in Limine #2 to exclude hearsay evidence contained within consumer incident reports incorporated herein by reference. | OVERRULED except to the truth of the matter asserted |
| 108:14 – 109:17 | 108:14 – 109:10 – Objection - Hearsay, lack of foundation, lack of personal knowledge, see Motion in Limine #2 to exclude hearsay evidence contained within consumer incident | OVERRULED except to the truth of the matter asserted |

| Government's Designations | Spectrum's Objections | Court Ruling |
|---|---|---|
| | reports incorporated herein by reference.<br><br>No objection to remainder | |
| 109:20 – 110:6 | 109:20 – 110:6 Objection - Hearsay, lack of foundation, lack of personal knowledge, see Motion in Limine #2 to exclude hearsay evidence contained within consumer incident reports incorporated herein by reference.<br>No objection to remainder | OVERRULED except to the truth of the matter asserted |
| 115:5 – 117:17 | 115:5-15; 116:16-21 – Objection - Hearsay, lack of foundation, lack of personal knowledge, see Motion in Limine #2 to exclude hearsay evidence contained within consumer incident reports incorporated herein by reference.<br><br>No objection to remainder | OVERRULED except to the truth of the matter asserted |
| 120:8 – 122:17 | 121:2 – 122:17 Objection - Hearsay, lack of foundation, lack of personal knowledge, see Motion in Limine #2 to exclude hearsay evidence contained within consumer incident reports incorporated herein by reference.<br><br>No objection to remainder | OVERRULED except to the truth of the matter asserted |
| 124:21 – 126:3 | 125:11 – 126:3 – Objection - Hearsay, lack of foundation, lack of personal knowledge, see Motion in Limine #2 to exclude hearsay evidence contained within consumer incident reports incorporated herein by reference.<br>No objection to remainder | OVERRULED except to the truth of the matter asserted |

| Government's Designations | Spectrum's Objections | Court Ruling |
|---|---|---|
| 131:5 – 133:22 | 132:3 – 133:2 Objection - Hearsay, lack of foundation, lack of personal knowledge, see Motion in Limine #2 to exclude hearsay evidence contained within consumer incident reports incorporated herein by reference.<br><br>No objection to remainder | OVERRULED except to the truth of the matter asserted |
| 137:2 – 139:14 | 137:21 – 138:12; 138:21 – 139:5 – Objection - Hearsay, lack of foundation, lack of personal knowledge, see Motion in Limine #2 to exclude hearsay evidence contained within consumer incident reports incorporated herein by reference.<br><br>No objection to remainder | OVERRULED except to the truth of the matter asserted |
| 140:23 – 142:24 | 141:18 – 142:8 – Objection - Hearsay, lack of foundation, lack of personal knowledge, see Motion in Limine #2 to exclude hearsay evidence contained within consumer incident reports incorporated herein by reference.<br><br>No objection to remainder | OVERRULED except to the truth of the matter asserted |
| 153:22 – 156:14 | 154:16 – 155:5; 156:12-14 – Objection - Hearsay, lack of foundation, lack of personal knowledge, speculation; see Motion in Limine #2 to exclude hearsay evidence contained within consumer incident reports incorporated herein by reference.<br><br>No objection to remainder | OVERRULED except to the truth of the matter asserted |
| 156:22 – 157:7 | Objection - Hearsay, lack of foundation, lack of personal | OVERRULED except to |

| Government's Designations | Spectrum's Objections | Court Ruling |
|---|---|---|
| | knowledge, speculation; see Motion in Limine #2 to exclude hearsay evidence contained within consumer incident reports incorporated herein by reference. | the truth of the matter asserted |
| 157:11 – 158:19 | 158:5-19 – Objection - Hearsay, lack of foundation, lack of personal knowledge, see Motion in Limine #2 to exclude hearsay evidence contained within consumer incident reports incorporated herein by reference.<br><br>No objection to remainder | OVERRULED except to the truth of the matter asserted |
| 161:11 – 163:15 | 161:23 – 162:9 – Objection - Hearsay, lack of foundation, lack of personal knowledge, see Motion in Limine #2 to exclude hearsay evidence contained within consumer incident reports incorporated herein by reference.<br><br>No objection to remainder | OVERRULED except to the truth of the matter asserted |
| 163:16 – 165:6 | 164:8-22 – Objection - Hearsay, lack of foundation, lack of personal knowledge, see Motion in Limine #2 to exclude hearsay evidence contained within consumer incident reports incorporated herein by reference.<br><br>No objection to remainder | OVERRULED except to the truth of the matter asserted |
| 166:5 – 168:24 | Objection - Hearsay, lack of foundation, lack of personal knowledge, see Motion in Limine #2 to exclude hearsay evidence contained within consumer incident reports incorporated herein by reference. | OVERRULED except to the truth of the matter asserted |

6

| Government's Designations | Spectrum's Objections | Court Ruling |
|---|---|---|
|  | 168:6-16 – Objection - Irrelevant | OVERRULED except to the truth of the matter asserted |

Entered this 21st day of February, 2017.

                BY THE COURT:

                /s/
                _____
                WILLIAM M. CONLEY
                District Judge