IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,                        ORDER

v.

                                                15-cv-371-wmc

SPECTRUM BRANDS,

                Defendant.

---

The court is in receipt of defendant's motion for a partial stay pending appeal. (Dkt. #236.) Specifically, defendant requests that the court stay enforcement of the $821,675 civil penalty for failure to timely report -- without bond -- and the permanent injunction, sans ¶ 5(B) with which it reports having already complied. (*Id.* at 1-2.) Relying on defendant's representations that the government neither opposes the stay on the failure to timely report civil damages, nor the request that the stay be entered without bond (*id.* at 2; dkt. #237 at 7), the court will STAY that portion of its judgment pending a response by the government and decision on the motion as a whole.

Consistent with the judgment and defendant's representations (dkt. #234 at 16; dkt. #235 at 1; dkt. #236 at 1), defendant's $1,115,000 penalty for sale of recalled products is still due on or before October 30, 2017, as originally ordered.

Entered this 25th day of October, 2017.

                                                      BY THE COURT:
                                                      /s/

                                                      _____
                                                      WILLIAM M. CONLEY
                                                      District Judge