# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM BRANDS, INC.,<br><br>Defendant. | CASE NO. 3:15-cv-00371 |

**DEFENDANT SPECTRUM BRANDS, INC.'S NOTICE OF APPEAL**

Notice is hereby given that defendant Spectrum Brands, Inc., hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on October 3, 2017, and from each and every opinion, order, or ruling that merged into that judgment.

Dated: November 9, 2017

Respectfully submitted,

*/s/ Eric J. Wilson*

Timothy L. Mullin, Jr. (admitted *pro hac vice*)
Kevin J. Penhallegon (admitted *pro hac vice*)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, MD 21202
TMullin@MilesStockbridge.com
(410) 385-3641

Eric J. Wilson
Mark W. Hancock
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
EWilson@gklaw.com
(608)284-2603

Erika Z. Jones  
MAYER BROWN LLP  
1999 K Street, NW  
Washington, DC 20006-1101  
ejones@mayerbrown.com  
(202)263-3232