**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.                                      Case No. 3:15-cv-00371

**SPECTRUM BRANDS, INC.,**
a Delaware corporation,

    Defendant.
_____/

## UNITED STATES OF AMERICA'S NOTICE OF APPEAL

Notice is given that the United States of America, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit the final Judgment entered in this action on October 3, 2017 (Dkt. #235) and the Opinion and Order of September 29, 2017 (Dkt. #234).

Dated: December 1, 2017                      Respectfully submitted,

                                                              SCOTT C. BLADER
                                                              United States Attorney

                                                               CHAD A. READLER
                                                               Principal Deputy Assistant Attorney General

                                                               GUSTAV W. EYLER
                                                               Acting Director
OF COUNSEL:                              Consumer Protection Branch

| | |
|---|---|
| PATRICIA HANZ | */s/ Alan J. Phelps* |
| General Counsel | ALAN J. PHELPS |
| MELISSA V. HAMPSHIRE | Assistant Director |
| Assistant General Counsel | Consumer Protection Branch |
| HARRIET KERWIN | U.S. Department of Justice |
| Attorney | 450 5th Street NW, Rm. 6400 |
| Office of the General Counsel | Washington, DC 20001 |
| U.S. Consumer Product Safety Commission | Tel. (202) 307-6154 |
| Bethesda, MD 20814 | Alan.Phelps@usdoj.gov |

# CERTIFICATE OF SERVICE

I, ALAN J. PHELPS, certify that today, December 1, 2017, I served via the CM/ECF system, on all counsel of record, a copy of the *United States of America's Notice of Appeal*.

Dated: December 1, 2017                     Respectfully submitted.


                                            */s/ Alan J. Phelps*
                                            ALAN J. PHELPS
                                            Consumer Protection Branch
                                            U.S. Department of Justice