IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                    Plaintiff,                    ORDER

v.

                                            15-cv-371-wmc

SPECTRUM BRANDS, INC.,

                    Defendant.

The court held a telephonic status conference this morning, at which counsel for the government and Spectrum appeared. The purpose of the conference was to address the Seventh Circuit's mandate and remand to modify the permanent injunction consistent with this court's January 19, 2018 opinion (dkt. #256). Before entering an amended judgment, however, defendant asked for an opportunity to address the court's order enjoining it to

> retain, at its own expense, an independent expert, who by reason of background, training and education is qualified to assist in reviewing and recommending changes, if necessary, to Spectrum's comprehensive safety program for CPSA compliance, with particular emphasis on compliance with the section 15(b) reporting requirement and procedures necessary to prevent the sale of recalled products.

Accordingly, the court established the following briefing schedule: (1) defendant shall have seven days to brief any further objection to the substance of that requirement; and (2) plaintiff shall have seven days to respond. No reply will be permitted, unless affirmatively requested by the court. Following briefing, the court will issue an appropriate amended judgment. In the meantime, the court will continue to stay without bond the

failure to report portion of the civil liability penalty in the amount of $821,675.00. (*See* dkt. #243 at 1-2, 5.)

Entered this 5th day of March, 2018.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge