# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SPECTRUM BRANDS, INC.,<br><br>Defendant. | CASE NO. 3:15-cv-00371 |

## DEFENDANT SPECTRUM BRANDS, INC.'S NOTICE OF APPEAL

Notice is hereby given that defendant Spectrum Brands, Inc., hereby appeals to the United States Court of Appeals for the Seventh Circuit from (1) the final judgment entered by the District Court on October 3, 2017, which Spectrum previously appealed to the United States Court of Appeals for the Seventh Circuit and which was docketed as Appeal No. 17-3331; (2) the amended final judgment entered in this action on April 9, 2018 following the Seventh Circuit's remand of Appeal No. 17-3331 to the District Court; and (3) each and every opinion, order, or ruling that merged into the final judgment and the amended final judgment.

Dated: April 12, 2018

Respectfully submitted,

*/s/ Eric J. Wilson*

Timothy L. Mullin, Jr. (admitted pro hac vice)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, MD 21202
TMullin@MilesStockbridge.com
(410) 385-3641

Eric J. Wilson
Mark W. Hancock
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
EWilson@gklaw.com
(608)284-2603

Erika Z. Jones
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006-1101
ejones@mayerbrown.com
(202)263-3232